UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATE OF AMERICA,

                Plaintiff,

   v.

GABRIEL PETERSON-SILER,

                Defendant.

CASE NO. MJ 15-144

DETENTION ORDER

<u>Offense charged</u>:    Possession of Child Pornography

<u>Date of Detention Hearing</u>:    April 9, 2015.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

     1.    Defendant is charged by Complaint with possessing matter containing visual depictions of minors engaging in sexually explicit conduct that had been transported in interstate and foreign commerce. He has a prior conviction for possession of child pornography, for which

DETENTION ORDER
PAGE - 1

he served 14 months of confinement, and two years of sexual deviancy treatment. Defendant was on state court supervision at the time of some of the alleged offense conduct charged in this case, some of which was during or soon after the conclusion of the sexual deviancy treatment.

2.  Defendant is not employed, has mental health issues, and resides a few blocks from an elementary school.

3.  Defendant poses a risk of nonappearance due to mental health issues. He poses a risk of danger due to the nature of the instant offense and criminal history.

4.  There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1.  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3.  On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

/ / /

/ / /

DETENTION ORDER
PAGE - 2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 9th day of April, 2015.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE - 3